## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Faunette Evans-Reid,<br><br>     Plaintiff,<br><br>  v.<br><br>District of Columbia,<br><br>     Defendant. | C.A. No.: 08-1194 (RMU) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court for an enlargement of time to file a response to plaintiff's Complaint, up to and including September 5, 2008, and as grounds states as follows:

    1.    Plaintiff filed her Complaint in this matter on July 11, 2008, against the District of Columbia. Plaintiff alleges that on or about May 21, 1995, officers of the Metropolitan Police Department wrongfully shot and killed her son Sean Evans. *See* Complaint at ¶ 2. Plaintiff further alleges that her civil lawsuit was wrongfully delayed and that the District of Columbia and its agents colluded and conspired to destroy and falsify evidence. *See* Complaint at ¶¶ 4 & 5.

    2.    According to the plaintiff, she served the District of Columbia with her Complaint on or about July 21, 2008. If plaintiff's service was proper, this defendant's response to plaintiff's Complaint was due on or about August 11, 2008[1]. Undersigned counsel requires additional time to review the allegations set forth in plaintiff's Complaint and to prepare this

---

[1] This Defendant does not concede personal jurisdiction by filing this motion. Moreover, Defendant submits that without proper service of process, there is no personal jurisdiction over it in this case.

defendant's response. While the District believes plaintiff's claims are barred by *res judicata,* and/or the statute of limitations, additional time is needed to flush out the claims, and to ascertain information about the first civil lawsuit referenced by plaintiff in her compliant.

      3.      Fed. P. Civ. R. 6(b)(1) provides that the court may at any time in its discretion "with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed…." . Fed. P. Civ. R. 6(b)(2) provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…." These defendants move to extend the time to file a responsive pleading to plaintiff's Complaint until September 5, 2008.

      4.      Service in this case may not be proper. However, due to the undersigned busy caseload, this case was not properly calendared for a response, and otherwise meets the requirements of excusable neglect.

      5.      Plaintiff's counsel consents to this request. This defendant believes that it has satisfied the requirements of Rule 6(b)(1) and/or (2), and no party will be unduly prejudiced by the grant of the requested relief.

This defendant has attached hereto, a memorandum of points and authorities in support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's Complaint.

                      Respectfully submitted,

                      PETER J. NICKLES
                      Acting Attorney General for the District of Columbia

                      GEORGE C. VALENTINE
                      Deputy Attorney General, Civil Litigation Division

                      /s/ Patricia A. Jones
                      PATRICIA A. JONES [428132]
                      Chief, General Litigation, Section IV

      /s/ Leticia L. Valdes
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

### **CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on August 19, 2008, the undersigned communicated with Kenneth Shepherd, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.

      /s/ Leticia L. Valdes
LETICIA L. VALDES

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Faunette Evans-Reid, | |
|      Plaintiff, | |
|           v. | C.A. No.: 08-1194 (RMU) |
| District of Columbia, | |
|      Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT**
**DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE A**
**RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of its Consent Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, defendant District of Columbia herein submits and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1);

2. Fed. R. Civ. P. 6(b)(2);

3. The entire record herein;

4. Judicial economy;

5. The lack of undue prejudice to the parties;

6. Plaintiff's consent; and

7. The Court's equitable powers.

                                              Respectfully submitted,

                                              PETER J. NICKLES
                                              Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Faunette Evans-Reid,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>District of Columbia,<br><br>　　　　Defendant. | C.A. No.: 08-1194 (RMU) |

### **ORDER**

Upon consideration of defendant District of Columbia's Consent Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, it is by the Court this _____ day of _____, 2008,

ORDERED:   that the defendant's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendant District of Columbia's response to plaintiff's Complaint shall be filed on or before September 5, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Ricardo M. Urbina